IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR294 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROY HICKMON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's Motion to Extend the Deadline for Filing Pretrial Motions (Filing No. 25).  Defendant seeks an extension of the deadline from February 17, 2010, until March 3, 2010.  The Court, being fully advised in the premises, finds that said motion should be granted.

**IT IS THEREFORE ORDERED** that the motion (Filing No. 25) is granted. Defendant shall file any pretrial motions in the above captioned matter no later than Wednesday, March 3, 2010.  This Court further finds that, based upon the showing set forth in Defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions.  Further, that granting such motion outweighs the best interests of the public and the Defendant in a speedy trial.  Accordingly, the time from February 16, 2010, until March 3, 2010, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 17th day of February, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge