UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR294 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| ROY HICKMON, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 17th day of November, 2010, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On June 22, 2010, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2251(a) and 2253, based upon the Defendant's plea of guilty to Counts I and VII of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following:

   1) One (1) HP Photosmart E427, model Snprb-0603 digital camera, serial number CN69K230D2;

   2) One (1) Sandisk 1.0 Gb SD memory card, bearing number BB0701205012D;

   3) Seven (7) Compact Disks;

   4) E Machine computer, model EL1200-05W, serial number PTG10050038330907B3001;

   5) HP Pavilion computer, model number 6653C, serial number USO1602220;

   6) E Machine computer, model number W2858, serial number QAV4230208768;

   7) IBM 6565, model number 97V, serial number 23XF249;

   8) Compaq Presario computer, model number S4020WM, serial number CNC3220KK-1; and

9) HP Media Center computer, model number M7250N, serial number MXK5410SGB.

was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site www.forfeiture.gov for at least thirty consecutive days, beginning on June 29, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on August 30, 2010 (Filing No.49).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the above-referenced properties, held by any person or entity, is hereby forever barred and foreclosed.

C. The above-referenced properties, be, and the same hereby are, forfeited to the United States of America.

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 17th day of November, 2010

                        **BY THE COURT:**

                        s/ Joseph F. Bataillon
                        **Chief District Judge**